# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

WILLIAM LLOYD ALFRED, JR.,

                Plaintiff,

vs.

DOUGH E. GILLISPIE, *et al.,*

                Defendants.

2:13-cv-00519-JCM-VCF

**ORDER**

     Before the court is Plaintiff  William Lloyd Alfred, Jr. (hereinafter "Plaintiff") Application for Leave to Proceed in Forma Pauperis (dkt. 1).

     IT IS  HEREBY ORDERED that a hearing is scheduled for Thursday, April 18, 2013, at 1:00 p.m. in Courtroom 3D.  Plaintiff is required to attend the hearing.

     DATED this 4th day of April, 2013.

                               _____

                                CAM FERENBACH
                                UNITED STATES MAGISTRATE JUDGE